```
                            United States Bankruptcy Court
                            Southern District of Florida
In re:                                                      Case No. 16-25557-LMI
Halley Press                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: idabarr          Page 1 of 1          Date Rcvd: Dec 09, 2016
                              Form ID: CGFD15        Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db            #+Halley Press,    1985 NE 208 Ter,    Miami, FL 33179-2264
93821494       +National City Bank,    c/o Law Offices of,    Daniel Consuerga,    9204 King Palm Dr,
                 Tampa, FL 33619-8331
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: FLDEPREV.COM Dec 10 2016 00:33:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallhassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 10 2016 00:40:37      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
93821493       +EDI: HFC.COM Dec 10 2016 00:33:00      HSBC Mortgage,    Corporation (USA),    POB 2013,
                 Buffalo, NY 14240-2013
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Nancy K. Neidich     e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

**CGFD15** (10/1/16)



ORDERED in the Southern District of Florida on December 9, 2016

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16−25557−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Halley Press
1985 NE 208 Ter
Miami, FL 33179

SSN: xxx−xx−3038

# ORDER DISMISSING CASE

At the time of filing of the above referenced case on **November 21, 2016**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **12/05/2016** deadline:

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
Official Bankruptcy Form 106A/B, Schedule A/B: Property
Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
Official Bankruptcy Form 106H, Schedule H: Your Codebtors
Official Bankruptcy Form 106I, Schedule I: Your Income
Official Bankruptcy Form 106J, Schedule J: Your Expenses
**and** (if applicable) Official Bankruptcy Form 106J2, Schedule J−2: Expenses for Separate Household of Debtor 2
Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
Chapter 13 Plan
Official Bankruptcy Form 122C−1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or 122C−2, Chapter 13 Calculation of Your Disposable Income
Debtor's Payment Advices

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$155.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.