CGFD33 (10/01/16)



ORDERED in the Southern District of Florida on January 12, 2017

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16–25557–LMI
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Halley Press
1985 NE 208 Ter
Miami, FL 33179

SSN: xxx–xx–3038

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

# # #